UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LYNNE WELLS, ) | CASE NO. 1:10 CV 2148 |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | ORDER OF DISMISSAL |
| ) | |
| PREMIER RECOVERY GROUP, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on the plaintiff's notice to dismiss the instant matter with prejudice. (Docket No. 6). Pursuant to Fed. R. Civ. P. 41(a)(1)(i), this case is dismissed with prejudice, each party to bear its own costs.

IT IS SO ORDERED.

/s/Lesley Wells
UNITED STATES DISTRICT JUDGE